**Order filed December 15, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00884-CV
_____

## ALEX ERAZO, Appellant

### V.

## LOUIS A. SANCHEZ, CHIEF MEDICAL DIRECTOR FOR THE HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES; MIKE ANDERSON, DISTRICT ATTORNEY FOR HARRIS COUNTY, TEXAS; DALE M. GORCZYNSKI, JUSTICE OF THE PEACE IN HOUSTON, TEXAS, Appellees

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-71507**

## O R D E R

The notice of appeal in this case was filed October 15, 2015. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 28, 2015.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM